■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM VAUGHN WILLIS, Also known as RAU'GA VAUGHN, Appellant.—Order unanimously affirmed. Memorandum: Defendant makes three contentions in his *coram nobis* application. He claims that he was not informed of the right to appeal his January 27, 1959 conviction upon a plea of guilty; that his confession was coerced and that he did not have adequate legal representation. So far as the first contention is concerned, where a defendant has pleaded guilty it is not enough that he allege a failure to have been advised of his right to appeal. He must also show that at the time he had a genuine appealable issue which he might have raised had he been advised of his right to appeal *(People v Saunders,* 28 NY2d 196). On defendant's second point, a defendant who has knowingly and voluntarily pleaded guilty may not thereafter attack the judgment of conviction entered thereon by *coram nobis* or other postconviction remedy on the ground that he had been coerced into making a confession and that the existence of such coerced confession induced him to enter a plea of guilty *(People v Nicholson,* 11 NY2d 1067). Defendant's third point is also without merit as he makes no showing of inadequate representation. (Appeal from order of Onondaga County Court denying application to vacate a judgment of conviction for forgery, second degree.) Present.—Marsh, P. J., Moule, Simons, Mahoney and Del Vecchio, JJ.

■ FRANK J. DOBRO, SR., as Administrator, Appellant, v VILLAGE OF SLOAN et al., Respondents.—Motions to clarify and resettle order entered July 18, 1975 dismissed as moot (see *Dobro v Village of Sloan,* 37 NY2d 804); motion for reargument of appeal denied. Present—Cardamone, J. P., Simons, Mahoney, Goldman and Del Vecchio, JJ.